ORIGINAL

CLERK OF DISTRICT COURT
NORTHERN DIST. OF TX
FORT WORTH DIVISION
FILED

2019 SEP 20 PM 2: 53

DEPUTY CLERK_____

CTJ

UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| STATE AUTOMOBILE MUTUAL INSURANCE COMPANY, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 4:19-CV-00200 |
| SYSTEM BEAUTY, LLC, | § § § | |
| Defendant. | § § | |

## AGREED STIPULATION OF DISMISSAL

NOW COMES PLAINTIFF STATE AUTOMOBILE MUTUAL INSURANCE COMPANY and DEFENDANT SYSTEM BEAUTY, LLC, in the above-styled cause, and file this their Agreed Stipulation of Dismissal, asking that the Court dismiss all claims asserted by Plaintiff against Defendant with prejudice to the refiling of same, and for cause would show the Court the following:

That the Plaintiff and Defendant have resolved their differences and Plaintiff requests that the Court dismiss all claims asserted by Plaintiff against Defendant in the above-styled cause, with each party paying their own court costs.

WHEREFORE, PREMISES CONSIDERED, Plaintiff and Defendant pray that the Court enter an Order dismissing all claims asserted by Plaintiff against Defendant, with each party paying their own court costs.

Respectfully submitted,

_____
Christopher W. Martin
State Bar No. 13057620
Federal I.D. No. 13515
MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.
808 Travis, 20th Floor
Houston, Texas 77002
Telephone: (713) 632-1700
Facsimile: (713) 222-0101
Email: martin@mdjwlaw.com

**ATTORNEY-IN-CHARGE FOR PLAINTIFF STATE AUTOMOBILE INSURANCE COMPANY**

**Of Counsel:**
Ryan K. Geddie
State Bar No. 24055541
MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.
9111 Cypress Waters Blvd, Suite 250
Dallas, Texas 75019
Telephone: 214-420-5500
Facsimile: 214-420-5501
geddie@mdjwlaw.com

**COUNSEL FOR PLAINTIFF STATE AUTOMOBILE INSURANCE COMPANY**

_____
JAVIER DELGADO, ESQ.
State Bar No: 24066339
MERLIN LAW GROUP, P.A.
515 Post Oak Blvd., Suite 510
Houston, Texas 77027
Telephone: (713) 626-8880
Facsimile: (713) 626-8881
Email: jdelgado@merlinlawgroup.com

**ATTORNEY-IN-CHARGE FOR DEFENDANT SYSTEM BEAUTY, LLC**

**Of Counsel:**
Preston J. Dugas III
State Bar Number 24050189
PRESTON DUGAS LAW FIRM, PLLC
309 W. 7th Street, Suite 1100
Fort Worth, Texas 76102
Telephone: (817) 945-3061
Facsimile: (682) 219-0761
Email: preston@pjdlawfirm.com

J. Drew Houghton
OK Bar Number 18080
Larry E. Bache Jr.
Florida Bar Number 91304
MERLIN LAW GROUP, P.A.
211 N. Robinson Ave., Suite 210
Oklahoma City, OK 73102
Telephone: (405) 218-1105
Facsimile: (405) 218-1106
Email: dhoughton@merlinlawgroup.com
lbache@merlinlawgroup.com

**COUNSEL FOR DEFENDANT**
**SYSTEM BEAUTY, LLC**