IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



| | | |
|---|---|---|
| STATE AUTOMOBILE MUTUAL INSURANCE COMPANY, | § § § | |
| Plaintiff, | § § | |
| VS. | § | NO. 4:19-CV-200-A |
| SYSTEM BEAUTY, LLC, | § § § | |
| Defendant. | § | |

## FINAL JUDGMENT

In accordance with the agreed stipulation of dismissal filed on September 20, 2019,

The court ORDERS, ADJUDGES, and DECREES that all claims and causes of action asserted by plaintiff, State Automobile Mutual Insurance Company, against defendant, System Beauty, LLC, be, and are hereby, dismissed with prejudice.

The court further ORDERS, ADJUDGES, and DECREES that each party to this action is to bear the costs of court and attorney's fees incurred by such party.

SIGNED September 20, 2019.

_____
JOHN McBRYDE
United States District Judge